# First District Court of Appeal
## State of Florida

_____

No. 1D18-3870

_____

KADELEST M. HILL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

August 14, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kadelest M. Hill, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.